OPINION — AG — **** BANKS — OFF-PREMISE DEPOSIT MACHINES — BRANCH BANKING **** OKLAHOMA BANKS MAY NOT UTILIZE OFF-PREMISES DEPOSIT MACHINES FOR THE PURPOSE OF ACCEPTING AND RECEIPTING OFF-PREMISE BANK DEPOSITS OTHERWISE THAN AS PROVIDED IN 6 O.S. 1968 Supp., 415 [6-415], 421, SINCE THE OPERATION OF SUCH MACHINES WOULD BE IN VIOLATION OF 6 O.S. 1968 Supp., 501 [6-501], WHICH PROHIBITS BRANCH BANKING (GARY F. GLASGOW)